IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT FINK, | § | |
| | § | |
| Defendant Below, | § | No. 166, 2022 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1710000460 (N) |
| | § | |
| Appellee. | § | |

Submitted: August 9, 2022
Decided: August 26, 2022

**<u>ORDER</u>**

It appears to the Court that the appellant, Robert Fink, filed this appeal from his sentence for a violation of probation ("VOP"). Fink subsequently filed a motion to modify the VOP sentence to remove the Level V portions of the sentence so that he could complete inpatient substance treatment outside of prison, which the Superior Court granted on July 21, 2022. In denying Fink's motion for preparation of the VOP hearing transcript at State expense, the Superior Court noted the mooting effect of the sentence modification on Fink's VOP appeal. On July 25, 2022, the Senior Court Clerk issued a notice directing Fink to show cause why this appeal should not be dismissed as moot. Fink has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice